UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Rachel L. Kuntz )
R.D.B. )
Brittani Ashton Bowers )
Name of plaintiff(s) )
)
v. ) Case No. 2:21-CV-117
) (to be assigned by Clerk)
Amanda Burke Garrison )
) Judge Corker/Wyrick
Chad Lewis )
)
Andrea Lewis )
Name of defendant(s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them): Tortured, Robbery, theft, Defamation of Deceased Roseanne Mesic Kuntz, Victimized repeatedly, Victim of identity, declared enemy of the state, Medical Malice, Malicious wounding, Doctor visits, Pain Induction, Theft, unlawful entry, Daughter Sodemized by CI, Sex trafficking, Humiliate, wrongful arest

2. Plaintiff, Rachel Kuntz resides at 381 Possum Hollow rd, Gray
   street address / city
   Washington, TN, 37615, 731-234-2032
   county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
Roseanne Mesic Kuntz 381 Possum Hollow Rd Gray, TN 37615
Brittani Bowers 107 Dogtown Rd Elizabethton
S 107 Dogtown Rd Elizabethton, TN 37643

1

3. Defendant, Roseanna Mesic Kuntz lives at, or its business is located at

381 Possum Hollow Rd, Gray,
street address / city
Washington, TN, 37615.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Mother was implicated in Treason, robbed monthly told she was no longer working for DEA, sent money monthly to a highjacked account named Leslie Bane a field agent Mindy collected the payments. She was starved 80 pds, Widow Pention taken all but a few hundred Humiliated, Defamed, robbed, intentional ingestation of arsenic, Respirator off, terrorized @ medical center in Johnson City, injected with lethal substances. Dates have been changing to remove surviellence from crime scene. I was implicated apprehended Feb 11th 2020 victimized in the county lock-up. Children and I went under retaliation. Daughter Brittani Date raped and sex trafficked by family w/ DEA assualted. Robert Devinay and all children sex trafficed exploited, enticed, drugged, Impersonated. I have valuable information reguarding a seperate matter we need protection from the DEA thinselves, as well as other local law enforcement. Possibly National Defense. All my civil rights are revoked and we did nothing wrong

Pets tortured, Homes contaminated, vandalized deliberately infested w/ bed bugs to obstruct justice for sexual deviency, Medical records highjacked, Denied treatment, employment. Brother Bruce Allen violently attacked after apprehension in 2 county jails. I can prove everything with Freedom of Info Act Request and possible Homocide. Other higher intelec Possibly

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Relocate us into Sanitary environment Childs rights and my own reinstated, Driving priveleges reinstated, Medical attention

b. For all family members, Reimbursement for all 3 homes, 8 yrs worth of Belongings that was confiscated for no apparent reason

c. All nude Images, social media, accounts Removed from internet. Our INFO was sold online, False allegations and

d. False reporting took our lives left us defenseless, hungry, broke and in need of Everything. We need a whole new life now in safe home w/ a bed, gainfull employment.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __23rd__ day of __July__, 20_21_

Rachel Kuntz
Roseanne Mesic Kuntz (Deceased)
R.D.B
Brittani A. Bowers
Signature of plaintiff(s)

3