UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

RACHEL L. KUNTZ, *et al.*,               )
                                         )
                 Plaintiffs,             )          2:21-CV-00117-DCLC-CRW
                                         )
        vs.                              )
                                         )
AMANDA BURKE GARRISON, *et al.*,         )
                                         )
                 Defendants.             )

**ORDER**

On July 23, 2021, Plaintiff Kuntz filed a *pro se* complaint and motion for leave to proceed *in forma pauperis* (IFP), alleging that the Defendants subjected Plaintiffs to torture, robbery, theft, defamation, victimization, medical malice, malicious wounding, sex trafficking, and wrongful arrest [Doc. 2, pgs. 1-3]. On August 11, 2021, the magistrate judge granted Plaintiff Kuntz's motion to proceed IFP and screened the complaint under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) [Doc. 6, pgs. 1-6]. The magistrate judge found several deficiencies in the *pro se* complaint and allowed Plaintiff Kuntz 30 days to file an amended complaint that cured the deficiencies [*Id.*, pg. 5-6]. The magistrate judge also ordered Plaintiff Kuntz to inform the Court and Defendants of any address changes in writing, under Local Rule 83.13 [*Id.*, pg. 6]. Additionally, the magistrate judge informed Plaintiff Kuntz that, under LR 83.13, her failure to notify the Court and parties of any address changes or her failure to prosecute the action could result in dismissal of the complaint [*Id.*]. The Court also advised Plaintiff in a separate notice [Doc. 4] that "failure of a pro se plaintiff to timely respond to an order . . . addressed to the last address provided to the Clerk may result in dismissal of the case . . . ." [Doc. 4, pg. 1].

Plaintiff Kuntz's 30-day extension to file an amended complaint ended on September 10, 2021. As of the filing of this Order, Plaintiff Kuntz has not filed an amended complaint. Further, Plaintiff R.D.B. has not provided the Clerk with an updated address as all orders sent to the last address have been returned as undeliverable [Docs. 7, 8]. Therefore, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b) and LR 83.13, and to comply with the Court's orders.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge